P. O. Box 12308, CAPITAL STATION - AUSTIN, TEXAS, 78 711, CLERK

COURT OF CRIMINAL APPEALS

DEAR CLERK:

ENCLOSED PLEASE FIND MY MOTION FOR REHEARING PRO SE UNDER T.R.A.P. RULE 79. 2(C) ON PETITION FOR DISCRETIONARY REVIEW ADMISSIBLE.

PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO ME AT MY ADDRESS SHOWN BELOW.

I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURTS RULING ON MY REHEARING EN BANC MOTION UNDER T.R.A.P. RULE 68. FED. R. APP. P. 40.(a) EN BANC FED. R. APP. P. 35 (b). PLEASE.

SINCERLY,

BOBBY DEWAYNE EVANS

DEFENDANT, PRO SE
MARK STILES UNIT
3060 F.M. ROAD 3514
BEAUMONT, TEXAS, 77705
T.D.C.J #0566 9758

PD-0489-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

BOBBY DEWAYNE EVANS #1868660
MARK STILES UNIT
3060 F.M. ROAD 3514
BEAUMONT, TEXAS 77705

NORTH HOUSTON TX 773
06 OCT 2015 PM 3 L

FOREVER USA

COURT OF CRIMINAL APPEALS
P.O. Box 12308
AUSTIN, TEXAS 78711

78711230608